# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
## Marshall DIVISION
## APPLICATION TO APPEAR PRO HAC VICE

1. This application is being made for the following: Case # __2:07-cv-00281-DF__

Style: __Bio-Rad Laboratories, Inc. v. Eppendorf North America, Inc.__

2. Applicant is representing the following party/ies: __Eppendorf North America, Inc.__

3. Applicant was admitted to practice in __Minnesota__ (state) on __October 22, 1993__ (date).

4. Applicant is in good standing and is otherwise eligible to practice law before this court.

5. Applicant is not currently suspended or disbarred in any other court.

6. Applicant ~~has~~ / has not had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.

7. Applicant ~~has~~ / has not ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page

8. Applicant ~~has~~ / has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page

9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses

10. There are no pending grievances or criminal matters pending against the applicant.

11. Applicant has been admitted to practice in the following courts:
U.S. District Court of MN 2/18/94; U.S. Court of Appeals for Federal Circuit 4/8/99;
~~U.S. District Court of Michigan 7/28/06; Middle District of TN 3/25/99~~

12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."

13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).

14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

I, __Devan V. Padmanabhan__ do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date __8/20/07__        Signature __[signature]__

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print) __Devan V. Padmanabhan__
State Bar Number __0240126__
Firm Name: __Dorsey & Whitney LLP__
Address/P.O. Box: __Suite 1500, 50 South 6th Street__
City/State/Zip: __Minneapolis, MN 55402__
Telephone #: __612-343-7990__
Fax #: __612-340-8856__
E-mail Address: __Padmanabhan.Devan@Dorsey.Com__
Secondary E-Mail Address: __Arce.Annette@Dorsey.Com__

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court on: __8/23/07__

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By _____
Deputy Clerk

# Receipt for Payment

Receipt No. 20000293

## United States District Court
for the
Eastern District of Texas at Marshall

Date: **Thursday, August 23, 2007**

Received from:

**DORSEY WHITNEY**
**MINNEAPOLIS, MINNESOTA**

| Account | Description |
|---|---|
| 085000 | Attorney Admission Fees |
| 086400 | New Case Fee |
| 086900 | Filing Fees |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 143500 | Interest |
| 322340 | Sale of Publications |
| 322350 | Copy Fees |
| 322360 | Miscellaneous Fees |
| 322380 | Recoveries of Court Costs |
| 322386 | Cost of Prosecution |
| 504100 | Crime Victims Fund |
| 508800 | Immigration Fees |
| 510000 | Civil Filing Fee (1/2) |
| 5100PL | Partial Filing Fee (PLRA) |
| 510100 | Registry Fee |
| 604700 | Registry Funds/General and Special Funds |
| 613300 | Unclaimed Monies |
| 6855XX | Deposit Funds |

| Account | Amount |
|---|---|
| 6855XX | $25.00 |
| **Total** | **$25.00** |

Payment method: **Check**
Case or other reference: **2:07cv281 PHV PADMANABHAN**
Comments: **CK 1101237**

Received by: **pa**